UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JEREMY X. RACHAL #590548,<br>Petitioner | CIVIL DOCKET NO. 5:22-CV-01155 SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TIM HOOPER,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 24, and after a de novo review of the record, including the Objection filed by Petitioner, Record Document 25, having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254, Record Document 1, is **DENIED** and **DISMISSED WITH PREJUDICE**.

Rule 11 of the Rules Governing Section 2254 Proceedings for the U.S. District Courts requires the district court to issue or deny a certificate of appealability when it enters a final order adverse to the applicant. The Court, after considering the record in this case and the standard set forth in 28 U.S.C. § 2253, **HEREBY DENIES** a certificate of appealability because the applicant has not made a substantial showing of the denial of a constitutional right.

**THUS, DONE AND SIGNED** in Chambers, this 21st day of February, 2024.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE